IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00606-M-RJ

LANEISHA MICHELLE MILLER,  )
                           )
    Plaintiff,             )
                           )
v.                         )   ORDER
                           )
WALMART INC., et al.,      )
                           )
                           )
    Defendant.             )
_____)

This matter comes before the court on the Memorandum and Recommendation ("M&R") entered by Magistrate Judge Robert B. Jones, Jr. in this case on July 7, 2025. [DE 23]. Judge Jones recommends that the court grant Defendants' Motion to Dismiss [DE 13] for failure of process and lack of personal jurisdiction and deny as moot Defendants' remaining Motions to Dismiss [DE 14, 19]. Neither party filed an objection in the time allotted, so the matter is ripe for review.

I. **Standard of Review**

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial*

*Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Under § 636(b)(1), the party's objections to the M&R must be "specific and particularized" to facilitate district court review. *United States v. Midgette*, 478 F.3d 606, 621 (4th Cir. 2007). On the other hand, "general and conclusory objections that do not direct the court to a specific error" in the M&R fall short of this standard. *See Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (concluding that de novo review was still required under these decisions where a pro se litigant had objected to specific factual findings in the M&R).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Defendants' Motion to Dismiss [DE 13] is GRANTED, and the remaining two Motions to Dismiss [DE 14, 19] are DENIED AS MOOT. Plaintiff's claims are hereby DISMISSED, and the clerk is DIRECTED to close the case.

SO ORDERED this 7th day of August, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE