UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LANEISHA MICHELLE MILLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WALMART, INC., AND WALMART, )<br>)<br>Defendants. )<br>)<br>) | **JUDGMENT**<br>**CASE NO. 5:24-CV-606-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Defendants' Motion to Dismiss [DE 13] is GRANTED, and the remaining two Motions to Dismiss [DE 14, 19] are DENIED AS MOOT. Plaintiff's claims are hereby DISMISSED, and the clerk is DIRECTED to close the case.

This Judgment filed and entered on August 8, 2025, and copies to:
Laneisha Michelle Miller (7764 Silver View Lane, Raleigh, NC 27613 via US Mail)
Michael W. Washburn (via CM/ECF Electronic Notification)

August 8, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan K. Edwards
Deputy Clerk